Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

In Re:     Thomas H. Clagon
SSN:      xxx–xx–5511
EIN:
ADDRESS: 42 Avenue A
             Freehold, NJ 07728

                                          Case No:   05–13081–KCF
                                          Chapter:   7
                                          Judge:      Kathryn C. Ferguson

                Debtor(s)

---

### FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Daniel E. Straffi is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is Discharge .


Dated: <u>May 9, 2005</u>                                                <u>Kathryn C. Ferguson</u>
                                                                Judge, United States Bankruptcy Court